UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:18-CV-217-CRS

*FILED ELECTRONICALLY*

JESSE MURRAH                                                             PLAINTIFF

v.                            **NOTICE OF DEPOSITION OF
PLAINTIFF JESSE MURRAH**

TDY INDUSTRIES, LLC                                       DEFENDANT

\*\*\*      \*\*\*      \*\*\*      \*\*\*      \*\*\*

Please take notice that on March 20, 2019, beginning at 10:00 a.m., Counsel for the Defendant will take the deposition of the Plaintiff, Jesse Murrah, at the office of Bruce Law Group, 1041 Goss Avenue, Suite 2, Louisville, KY 40217. Said deposition will be taken before a certified court reporter authorized to administer the oath for the purposes of discovery, to be used at the trial of this matter and for all other purposes permitted under the Kentucky Rules of Civil Procedure.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY  40507
(859) 231-3000

By:    /s/ Palmer G. Vance, II
        Palmer G. Vance II
        Lindsey Lee Howard

COUNSEL FOR DEFENDANT,
TDY INDUSTRIES, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Court's ECF system on February 12, 2019, which serves an electronic copy to each party in the case who is a registered as an electronic case filing user with the Clerk, including the following:

    Kevin M. Monsour
    BRUCE LAW GROUP
    kevin@injurylaw-ky.com
    COUNSEL FOR PLAINTIFF

    /s/ Palmer G. Vance II
    COUNSEL FOR DEFENDANT,
    TDY INDUSTRIES, LLC

cc: Coulter Reporting Service

121534.159266/7882271.1