UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JESSE MURRAH                                                                             PLAINTIFF

vs.                                                   NO. 3:18-CV-217-CRS

TDY INDUSTRIES, LLC                                         DEFENDANT

### ORDER

Motion having been made and for the reasons set forth in the memorandum opinion entered herein this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that

1. Motion for summary judgment of Defendant TDY Industries, Inc., DN 73, is **GRANTED**, and the action is **DISMISSED WITH PREJUDICE**. There being no just reason for delay in its entry, this is a final and appealable order.

**IT IS SO ORDERED.**

June 15, 2021

Charles R. Simpson III, Senior Judge
United States District Court